UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK J. ZAUSMER, AS CONSERVATOR FOR ALBION MEMORY GARDENS, et al.<br><br>　　　　Plaintiff,<br><br>ROBERT KRAMER,<br><br>　　　　Intervenor plaintiff,<br><br>v.<br><br>FONDREN INTERNATIONAL, INC., a Nevada Corporation, CARTER GREEN, and BARBARA GREEN, individually,<br><br>　　　　Defendants. | Case No.  2:07-cv-00476-LDG-RJJ<br><br><br><br>ORDER |

　　　THE COURT HEREBY ORDERS that within thirty (30) days from the filing of this order, the parties shall file written reports on the status of this litigation

　　　DATED this ___ day of September, 2010.

_____
Lloyd D. George
United States District Judge