UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MARK J. ZAUSMER, as CONSERVATOR for
ALBION MEMORY GARDENS, et al.

        Plaintiff,

ROBERT KRAMER,

        Intervenor plaintiff,

v.

FONDREN INTERNATIONAL, INC., a
Nevada Corporation, CARTER GREEN, and
BARBARA GREEN, Individually,

        Defendants.

Case No: 2:07-cv-476
Honorable: Lloyd D. George

---

MARK J. ZAUSMER
Zausmer, Kaufman, August, Caldwell & Tayler, P.C.
As Conservator
31700 Middlebelt Road, Suite 150
Farmington Hills MI 48334
(248) 851-4111

FRANK A. ELLIS III
Ellis & Gordon
Attorney for Plaintiff
510 S. 9th Street
Las Vegas, NV 89101
(702) 385-3727

---

## PLAINTIFF MARK J. ZAUSMER'S WRITTEN REPORT ON STATUS OF LITIGATION

This matter was commenced on behalf of the Conservator of 28 Michigan cemeteries whose trust funds were stolen with the assistance of Defendants, Fondren International, Inc. ("Fondren"), and Carter Green. Mr. Green represented to Michigan regulatory authorities that Fondren was holding some $25 million in trust fund assets on behalf of the then-owner of the cemeteries. Further investigation following the filing of this lawsuit revealed that these representations were entirely fraudulent and that no funds were, in fact, being held by Fondren on behalf of the cemeteries. Mr. Green was prosecuted and tried criminally in Michigan,

convicted of one count of racketeering and three counts of uttering and publishing, and sentenced to prison time. With respect to this case, discovery strongly indicated that the Defendants were without any substantial collectible assets. As a result, the Conservator determined not to further pursue this civil litigation. The 28 cemeteries were sold to an independent third party on or about May 27, 2008. Thus, although the conservatorship of the companies that owned the cemeteries remains pending, the Conservator no longer represents the interests of the cemeteries or their underlying trust funds.

          Respectfully submitted,

/s/ Mark J. Zausmer
Mark J. Zausmer
Conservator and Attorney for Plaintiff
Zausmer, Kaufman, August, Caldwell & Tayler, P.C.
31700 Middlebelt Road., Ste. 150
Farmington Hills, Michigan 48334

Dated: October 19, 2010          (248) 851-4111
mzausmer@zkact.com

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MARK J. ZAUSMER, as CONSERVATOR for
ALBION MEMORY GARDENS, et al.

        Plaintiff,

ROBERT KRAMER,

        Intervenor plaintiff,

v.

FONDREN INTERNATIONAL, INC., a
Nevada Corporation, CARTER GREEN, and
BARBARA GREEN, Individually,

        Defendants.

Case No: 2:07-cv-476
Honorable: Lloyd D. George

---

| | |
|---|---|
| MARK J. ZAUSMER<br>Zausmer, Kaufman, August, Caldwell & Tayler, P.C.<br>As Conservator<br>31700 Middlebelt Road, Suite 150<br>Farmington Hills MI 48334<br>(248) 851-4111 | FRANK A. ELLIS III<br>Ellis & Gordon<br>Attorney for Plaintiff<br>510 S. 9th Street<br>Las Vegas, NV 89101<br>(702) 385-3727 |

---

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                                 )SS
COUNTY OF OAKLAND  )

     DAWN M. TROMBLEY deposes and states that on the 19th day of October, 2010, she did cause a copy of Plaintiff Mark J. Zausmer's Written Report on Status of Litigation and this Proof of Service to be served upon the following persons via e-mail using the CM/ECF filing system:

Frank A. Ellis, fellis@lvbusinesslaw.com
Abigail J. Ortman, aortman@rathjewoodward.com
Adam K. Bult, abult@bhfs.com
Timothy D. Elliott, telliott@rathjewoodward.com
Marjorie A. Guymon, mguymon@goldguylaw.com

3

Damon K. Dias, ddias@goldguylaw.com
David J. Rivers, II, DJR@leavittsullyrivers.com

and via first class mail by enclosing a copy of said documents in an envelope addressed to the following individual with prepaid, first-class postage fully affixed, and depositing same in the U.S. Mail in Farmington Hills, Michigan:

Real Equity Pursuit, LLC
26895 Aliso Creed Road, #B573
Aliso Viejo, CA  92656

/s/Dawn M. Trombley
DAWN M. TROMBLEY

31700 Middlebelt Road, Suite 150, Farmington Hills, MI 48334-2374 • Zausmer, Kaufman, August, Caldwell & Tayler, PC., 721 N. Capitol, Suite 2, Lansing, MI 48906-5163