**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK J. ZAUSMER, AS CONSERVATOR FOR ALBION MEMORY GARDENS, et al. | Case No.  2:07-cv-00476-LDG-RJJ |
| Plaintiff, | |
| ROBERT KRAMER, | |
| Intervenor plaintiff, | ORDER |
| v. | |
| FONDREN INTERNATIONAL, INC., a Nevada Corporation, CARTER GREEN, and BARBARA GREEN, individually, | |
| Defendants. | |

Based on the status report filed solely by plaintiff on October 19, 2010 (#139), and the failure

of the remaining parties to respond to the July 1, 2009, notice to counsel of pending dismissal (#137),

THE COURT HEREBY ORDERS that this action is DISMISSED.

DATED this ___/0___ day of November, 2010.

_____
Lloyd D. George
United States District Judge