UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*

```
_FILED    _RECEIVED
_ENTERED _ SERVED ON

2013 AUG 21  A 11: 03

BY_____DEPUTY
```

J.SH SECURITY INDUSTRIES DCS Ltd, )
)
        Plaintiff(s), )
)
vs. )
)
BARTECH SYSTEMS INTL et al, )
)
        Defendant(s). )

2:07-cv-277 LDG

## ORDER FOR DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 12, 2013**, the Clerk is authorized to destroy said exhibits.

Dated: _____8/13/13_____     _____
                                U.S. DISTRICT JUDGE